**Order entered June 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01527-CV

## TEXAS DEPARTMENT OF TRANSPORTATION, Appellant

## V.

## JIMMY DON IVES, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02488-2017**

## ORDER

Before the Court is appellant's June 20, 2019 unopposed motion for extension of time to file its reply brief. We **GRANT** the motion and **ORDER** appellant's reply brief be filed no later than July 16, 2019.

/s/    BILL WHITEHILL
       JUSTICE